# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LITT, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN STONE & METAL CORP., a Colorado Corporation, dba Shane Co.; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:14-cv-02804-PJH<br><br>Assigned to the Hon. Phyllis J. Hamilton<br><br>**[PROPOSED] ORDER VACATING CMC AND SETTING DATES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IN LIGHT OF THE PARTIES' JOINT NOTICE OF SETTLEMENT** |

# [PROPOSED] ORDER

In light of the Parties' Joint Notice of Settlement, the Court hereby ORDERS that the December 4, 2014 Case Management Conference is VACATED along with all associated filing deadlines. Plaintiff will submit her Motion for Preliminary Approval of Class Action Settlement on or before February 25, 2015. The Court hereby sets a hearing date for Plaintiff's Motion for Preliminary Approval of Class Action Settlement on ~~March 25, 2015~~ April 1, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: November 26, 2014



_____
Honorable Phyllis J. Hamilton
United States District Judge